UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION



UNITED STATES OF AMERICA

v. CASE NO. 3:24-cr-81-TJC-JBT
18 U.S.C. § 2252(a)(4)(B)

AUSTIN ADAMS

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about March 20, 2024, in the Middle District of Florida, defendant,

AUSTIN ADAMS,

did knowingly possess a matter that is, an OnePlus 7T cellular telephone, which contained visual depictions that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, when the production of the visual depictions each involved the use of minors engaging in sexually explicit conduct and the visual depictions were of such conduct, and at least one of the visual depictions, among others, involved a prepubescent minor.

In violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

### FORFEITURE

1. The allegations contained in Count One is incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 2253.

2. Upon conviction of a violation of 18 U.S.C. § 2252(a)(4) the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

    a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. The property to be forfeited includes, but is not limited to, a OnePlus 7T cellular phone, which was seized from the defendant on March 20, 2024.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).



ROGER B. HANDBERG
United States Attorney

By: _____
JOHN CANNIZZARO
Assistant United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
4/16/24 Revised

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

AUSTIN ADAMS

INDICTMENT

Violations: 18 U.S.C. § 2252(a)(4)(B)

███████████████████████████

Filed in open court this 17th day

of April, 2024.

_____
         Angela [signature] Clerk

Bail  $_____

GPO 863 525